In the Matter of the Application of ELIZA W. CLARKE, as Administratrix, etc., to Mortgage Real Estate of DAVID CLARKE, Deceased.

(Argued October 5, 1891; decided October 20, 1891.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made April 16, 1891, which reversed an order of Special Term, granting the petition herein.

*C. M. Williams* for appellant.

*M. T. Dunmore* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

MARY KIEFER, as Administratrix, etc., Respondent, *v.* THE GRAND TRUNK RAILWAY COMPANY OF CANADA, Appellant.

(Argued October 5, 1891; decided October 20, 1891.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made January 6, 1891, which reversed an order of Special Term, directing the payment of certain moneys, staying plaintiff's proceedings, etc.

*George F. Brownell* for appellant.

*J. W. Russell* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.